

# NUMBER 13-21-00297-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

THOMAS W. SANKEY,                                                                    Appellant,

v.

TEXAS WINDSTORM INSURANCE
ASSOCIATION; K2 CONSULTING &
SERVICES, LLC; SHANNON L. KIMMEL;
AND MIKE HAZLEWOOD,                                                          Appellees.

### On Petition for Permissive Appeal from the
### 156th District Court of Aransas County, Texas.

# ORDER

**Before Chief Justices Contreras and Justices Hinojosa and Silva**
**Order Per Curiam**

Thomas W. Sankey has filed a petition for permissive interlocutory appeal challenging the trial court's order granting Texas Windstorm Insurance Association's

Traditional Motion for Summary Judgment in trial court cause number 19-0268.[1] *See* TEX. R. APP. P. 28.3; TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(d), (f).

The Court, having examined and fully considered the petition for permissive appeal is of the opinion that the petition should be granted. Accordingly, we GRANT permission to appeal. Thus, a notice of appeal is deemed to have been filed on this date. *See* TEX. R. APP. P. 28.3(k); *see also id.* R. 25.1(c) ("A party who seeks to alter the trial court's judgment or other appealable order must file a notice of appeal."). The appeal will be governed by the rules for accelerated appeals. *See id.* R. 28.1 ("The deadlines and procedures for filing the record and briefs in an accelerated appeal are provided in Rules 35.1 and 38.6.").

We direct the Clerk of the Court to file a copy of this order with the trial court clerk. *See id*. R. 28.3(k).

PER CURIAM

Delivered and filed on the
28th day of September, 2021.

---

[1] The parties filed an agreed motion for permissive interlocutory appeal with the trial court, which the trial court granted on August 18, 2021. *See* TEX. CIV. PRAC. & REM. CODE § 51.014(d)(1); TEX. R. CIV. P. 168.